08CV4875
JUDGE ASPEN
MAG. JUDGE VALDEZ

**APPEARANCE FORM FOR PRO SE PARTY**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Gerald L. Brest
(Please print)

STREET ADDRESS: 2615 Moss Lane

CITY/STATE/ZIP: Aurora, IL 60504

PHONE NUMBER: 630-978-2360

CASE NUMBER: _____

_Gerald R. Brest_
Signature

August 25, 2008
Date

*FILED AUG 26 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*