## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4875  Assigned/Issued By: J. N.

Judge Name: ASPEN  Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 4624007854

Date Payment Rec'd: 8-26-08   Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____           _____
      *(Type of Writ)*                 _____
                                       *(Type of issuance)*

10 Original and 10 copies on 8-26-08 as to U.S. ATTNY; ATTNY GENERAL
                             *(Date)*
; T. LEWIS; M. LEAVITT; MRS. JOHNSON; MR. CARRASCO; MRS. PARRISH; G. FOURNIER;

R. SENANDER; DEPT. OF THE TREASURY/ FINANCIAL MANAGEMENT SERVICE